166 A.3d 238

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT; v.
SCOTT A. REDDICK, DEFENDANT–PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001813–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.